AO 442 (Rev. 11/11) Arrest Warrant

☐ FILED   ☒ RECEIVED

**MAR 11 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   CR-24-8115-PCTGS |
| Erick Roberto Panduro-Medina | ) | |
| | ) | **SEALED** |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Erick Roberto Panduro-Medina                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

   18:659 and 2 - Possession or Receipt of Goods Stolen from Interstate Shipment, Aid and Abet

*Issuing officer's signature*

City and state:   Phoenix, Arizona

ISSUED ON  11:25 am, Sep 25, 2024
s/ Debra D. Lucas, Clerk

M. Pruneau, Deputy Clerk
*Printed name and title*

cc: PTS

| Return |
|---|

| | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)*   March 10, 2025 | |
| at *(city and state)*   Tempe, Arizona                . | |
| | JUSTIN A COWAN   Digitally signed by JUSTIN A COWAN   Date: 2025.03.11 03:43:41 -07'00' |
| Date:   March 11, 2025 | *Arresting officer's signature* |
| | HSI Special Agent Justin Cowan |
| | *Printed name and title* |